UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-04940-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c) and Rule 7.2(a) of the Rules of Procedure of the U.S. Judicial Panel on Multi-District Litigation, the above-entitled case is hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the case is related to 23-md-03084, *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*.

**IT IS SO ORDERED.**

Dated: October 23, 2023



_____
JON S. TIGAR
United States District Judge